# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,   Plaintiff, | : : : |
| v. | :  Civ. No. 18-2044 |
| ST. JOSEPH'S UNIVERSITY, et al.   Defendants. | : : : |

## O R D E R

**AND NOW**, this 15th day of May, 2018, it is hereby **ORDERED** that Defendant St. Joseph's University shall **RESPOND** to Plaintiff John Doe's Motion for Temporary Restraining Order **no later than** 4:00 p.m. on May 16, 2018.

It is **FURTHER ORDERED** that a hearing on the Motion will be held on **Thursday, May 17, 2018 at 1:00 p.m.** in **Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.