**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civ. No. 18-2044** |
| | : | |
| **ST. JOSEPH'S UNIVERSITY, et al.** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 16th day of May, 2018, in light of my Order (Doc. No. 5) denying Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2), is hereby **ORDERED** that the hearing scheduled for **Thursday, May 17, 2018 at 1:00 p.m.** is **CANCELED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.