**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE,                       : | |
|         Plaintiff,           : | |
|                                    : | |
|     v.                                   : | Civ. No. 18-2044 |
|                                    : | |
| ST. JOSEPH'S UNIVERSITY, et al., : | |
|         Defendants.       : | |

## O R D E R

**AND NOW**, this 15th day of August, 2018, upon consideration of Plaintiff John Doe's Letter (Doc. No. 30) requesting an extension of his deadline (set out in my August 3, 2018 Order) to "notify the Court and Defendants" if he "wishes to seek additional discovery," it is hereby **ORDERED** that Plaintiff's request (Doc. No. 30) is **GRANTED**. Plaintiff shall notify the Court and Defendants, **no later than** **4 p.m. on Thursday, August 16, 2018**, of any additional discovery that he wishes to take.

                                                          **AND IT IS SO ORDERED.**

                                                          */s/ Paul S. Diamond*

                                                          _____

                                                          Paul S. Diamond, J.