IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civ. No. 18-2044** |
| | : | |
| **ST. JOSEPH'S UNIVERSITY, et al.,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this 31st day of August, 2018, upon consideration of Plaintiff's Motion to Take Additional Discovery (Doc. No. 33), it is hereby **ORDERED** as follows:

1. Plaintiff's request for a full and complete copy of Defendant Roe's text messages from February 23–27, 2017 is **DENIED**;

2. Plaintiff's request to depose RS and JG is **DENIED**;

3. Plaintiff's request to subpoena Defendant Roe's medical records from February 21–27, 2017 is **DENIED**;

4. Plaintiff's request to compel the deposition of Marianne Schimelfenig, Esq., or in the alternative, the redeposition of SJU employees Kirstin White, Mary-Elaine Perry, and William Bordak is **DENIED**; and

5. Plaintiff's request to complete Defendant Roe's deposition is **GRANTED**. Plaintiff shall **COMPLETE** Defendant Roe's deposition **no later than** 5:00 p.m. on **September 10, 2018.** Defendant Roe's deposition shall in total take no more than seven hours, see Fed. R. Civ. P. 30(d)(1).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.