IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 18-2044 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
|     Defendants. | : | |

# O R D E R

**AND NOW**, this 4th day of September, 2018, it is hereby **ORDERED** that:

1. Defendant Roe's psychiatric records show that she was diagnosed with Post-Traumatic Stress Disorder, thus confirming the truthfulness of her deposition testimony to this effect;

2. Defendant Roe's psychiatric records shall otherwise remain sealed.  Defendant Roe is not required during her deposition to answer any questions respecting her psychiatric treatment;

3. At the conclusion of Defendant Roe's deposition, discovery in this matter will be closed;

4. Dispositive motions shall be filed **no later than** September 24, 2018; and

5. Responses to dispositive motions shall be filed **no later than** October 8, 2018.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.