IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | Civ. No. 18-2044 |
| : | |
| **ST. JOSEPH'S UNIVERSITY, et al.,** : | |
|     **Defendants.** : | |

# O R D E R

**AND NOW**, this 10th day of September, 2018, it is hereby **ORDERED** that all deadlines in the Scheduling Order of June 13, 2018 (Doc. No. 15) are stayed pending ruling on dispositive motions as set out in my September 4, 2018 Order (Doc. No. 43).

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.