**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,**           :  |   |
|        **Plaintiff,**  :  |   |
|                         :  |   |
| **v.**                  :  | Civ. No. 18-2044 |
|                         :  |   |
| **ST. JOSEPH'S UNIVERSITY, et al.,**  :  |   |
|        **Defendants.**   :  |   |

# O R D E R

**AND NOW**, this 18th day of September, 2018, upon consideration of Plaintiff's Letter Request (Doc. No. 55) for Reconsideration of this Court's August 31, 2018 Order (Doc. No. 42), it is hereby **ORDERED** that Plaintiff's Letter Request (Doc. No. 55) is **DENIED.**

                                                        **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                       _____
                                                       Paul S. Diamond, J.