IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br><br>vs.<br><br>ST. JOSEPH'S UNIVERSITY and JANE ROE | CIVIL ACTION<br><br>NO. 2:18-CV-02044 |

## O R D E R

AND NOW, this _____ day of _____, 2018, upon consideration of Defendant Jane Roe's Renewed Motion for Summary Judgment and all Responses thereto, it is hereby ORDERED that said Motion is GRANTED.

Summary Judgment is hereby entered in favor of Defendant Jane Roe on all claims.

BY THE COURT:

_____
Diamond, J.

**MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS, LLP**
BY: SUSAN R. ENGLE, ESQUIRE
Attorney I.D. No. 81671
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200
**MSZL&M File No. 004150.000009**

Attorney for Defendant,
JANE ROE

| JOHN DOE | COURT OF COMMON PLEAS |
| --- | --- |
|  | USDC - EASTERN |
| vs. |  |
| ST. JOSEPH'S UNIVERSITY and JANE ROE | NO. 2:18-CV-02044 |

## DEFENDANT, JANE ROE'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT, JANE ROE'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant Jane Roe hereby files the instant Reply to Plaintiff's Opposition to her Renewed Motion for Summary Judgment.

On September 4, 2018, this Honorable Court entered an Order directing that dispositive motions were to be filed by September 24, 2018, and all responses to dispositive motions be filed no later than October 8, 2018. See September 4, 2018 Order attached hereto as Exhibit "A."

Plaintiff filed a response to Defendant Roe's Renewed Motion for Summary Judgment on October 9, 2018, beyond the time ordered by this Honorable Court. Further, Plaintiff has still not filed the exhibits to the response. Plaintiff did not seek leave from the Court to file this response late. Plaintiff did not seek consent of Defendant Roe to file the response late. Further, this is the second time Defendant Roe has filed for Summary Judgment. Plaintiff has been on notice of the arguments being made by Defendant Roe

since July 30, 2018. Simply put, Plaintiff's opposition to Roe's Renewed Motion for Summary Judgment is late without justification. Defendant Roe respectfully requests that this Court disregard Plaintiff's untimely response and grant Defendant Roe's Motion for Summary Judgment.

                                **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

                                BY: /s/ Susan R. Engle
                                      SUSAN R. ENGLE, ESQUIRE
                                      Attorney for Defendant, JANE ROE

Case 2:18-cv-02044-PD   Document 43   Filed 09/04/18   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOSEPH'S UNIVERSITY, et al.,<br>　　　　Defendants. | :<br>:<br>:<br>:   Civ. No. 18-2044<br>:<br>:<br>: |

## ORDER

AND NOW, this 4th day of September, 2018, it is hereby **ORDERED** that:

1. Defendant Roe's psychiatric records show that she was diagnosed with Post-Traumatic Stress Disorder, thus confirming the truthfulness of her deposition testimony to this effect;

2. Defendant Roe's psychiatric records shall otherwise remain sealed. Defendant Roe is not required during her deposition to answer any questions respecting her psychiatric treatment;

3. At the conclusion of Defendant Roe's deposition, discovery in this matter will be closed;

4. Dispositive motions shall be filed **no later than** September 24, 2018; and

5. Responses to dispositive motions shall be filed **no later than** October 8, 2018.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.



## CERTIFICATE OF SERVICE

I, STEVEN N. CHERRY, ESQUIRE, do hereby certify that a true and correct copy of the within **REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT, JANE ROE'S RENEWED MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW** was forwarded by Electronic Filing Service (ECF) October 10, 2018, as follows:

Edward J. Schwabenland, Esquire
SCHWABENLAND & RYAN, P.C.
955 Old Eagle School Road
Suite 306
Wayne, PA 19087

Robert H. Bender, Esquire
MONTGOMERY McCRACKEN
1735 Market Street
21st Floor
Philadelphia, PA 19103

John M. Myers, Esquire
MONTGOMERY McCRACKEN
1735 Market Street
21st Floor
Philadelphia, PA 19103


/s/ Susan R. Engle
SUSAN R. ENGLE, ESQUIRE