**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO:  18-cv-2044 |
| | : | |
| SAINT JOSEPH'S UNIVERSITY | : | |
| | : | |
| And | : | |
| | : | |
| JANE ROE | : | |
| Defendants | : | |

**PLAINTIFF'S BREIF IN OPPOSITION TO THE MOTION FOR SUMMARY
JUDGEMENT OF DEFENDANT SAINT JOSEPH'S UNIVERSITY**

## TABLE OF CONTENTS

| | | |
|---|---|---|
| **INTRODUCTION** | | 1 |
| **I.** | **STATEMENT OF DISPUTED AND UNDISPUTED FACTS** | 1 |
| | SJU's Disciplinary Policies and Procedures | 1 |
| | a. Doe | 16 |
| | b. Roe | 18 |
| | c. SJU's "Investigation" of the incident | 26 |
| **II.** | **LEGAL STANDARD** | 44 |
| **III.** | **LEGAL DISCUSSION** | 46 |
| | **A. Title IX: Statute and Guidance** | 46 |
| | a. Erroneous Outcome | 51 |
| | 1. Elements of an Erroneous Outcome | 51 |
| | 2. Flaws in SJU's investigation lead to an erroneous finding of guilt | 52 |

3. The evidence establishes that gender bias was a motivating factor behind SJU's erroneous conclusion that Doe was guilty ... 57

    A. SJU's failure to adjust handling of sexual misconduct claims in light of the 2017 DCL and Q&A is evidence of gender bias ... 62

    B. SJU's award of a $300,000 Grant from the OVW, with its concomitant obligation to evidence "progress" in handling sexual misconduct claims, is evidence of gender bias ... 64

    C. The training and educational materials SJU prepared and published are evidence of gender bias ... 65

    D. Statements by various SJU employees is evidence of gender bias ... 67

    E. The statements and conduct of Dr. Perry, a significant decision-maker in Doe's case, is evidence of gender bias ... 70

    F. The statements and conduct of Ms. Malloy, a significant decision-maker in Doe's case, is evidence of gender bias ... 73

(b) Sexual Exploitation Case ... 77

    1. SJU's handling of Doe's case is evidence of gender bias ... 78

    2. SJU's handling of other disciplinary cases under the SMP is evidence of gender bias ... 79

b. Selective Enforcement ... 80

    1. The Softball Cases ... 81

    2. The Staff Member Case ... 84

**B. Breach of Contract**  87

  1. SJU breached its contractual promise to comply with Title IX by subjecting
Doe to a gender-biased, fundamentally unfair disciplinary process  89

  2. SJU's failure to provide Doe with adequate notice of the charges against him
was fundamentally unfair  96

  3. SJU's failure to give Doe an opportunity to see or know about evidence and
witnesses against him was fundamentally unfair  99

  4. SJU breached its contract in failing to apply and follow the definition of
"sexual assault" set forth in its SMP  99

  5. SJU failed to conduct a fundamentally fair investigation led by an
trained investigator  102

  6. SJU interpreted and applies the provisions of its SMP appeal process in a
fundamentally unfair way  106

  7. SJU failed to appropriately accommodate Doe's know learning difference  107

**C. UTPCPL** The Facts Support the Plaintiff's Claim for Violation of the
Unfair Trade Practices and Consumer Protection Law  108

**D. Defamation** Plaintiff's Complaint and the deposition testimony of
SJU officials create material issues of fact that preclude Summary
Judgement (Section heading missing)  111

**IV.   CONCLUSION**  114