# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 18-cv-2044 |
| | : | |
| SAINT JOSEPH'S UNIVERSITY, et al. | : | |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance on behalf of Defendant, Saint Joseph's University, in the above-captioned action. John M. Myers and Albert L. Piccerilli will remain as attorneys of record for Saint Joseph's University in this action.

Date: November 2, 2018         *s/ Robert H. Bender, Jr.*
                                                    ROBERT H. BENDER, JR.

4806640v1

## **CERTIFICATE OF SERVICE**

     I, ALBERT L. PICCERILLI, do hereby certify that a true and correct copy of the within Withdrawal of Appearance of Robert H. Bender, Jr. was forwarded by the court's electronic notification system to all counsel of record.

Date:  November 2, 2018          *s/ Albert L. Piccerilli*
                                          ALBERT L. PICCERILLI