IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 18-2044 |
| : | |
| ST. JOSEPH'S UNIVERSITY, et al., : | |
| Defendants. : | |

## JUDGMENT

**AND NOW**, this 23rd day of April, 2019, upon consideration of Defendant St. Joseph's University's Motion for Summary Judgment (Doc. No. 58), Defendant Jane Roe's Motion for Summary Judgment (Doc. No. 59), Plaintiff John Doe's Motion for Summary Judgment (Doc. No. 57), and all related submissions and exhibits, it is hereby **ORDERED as follows**:

1. Defendant St. Joseph's University's Motion for Summary Judgment (Doc. No. 58) is **GRANTED in part as follows**:

   a. Judgment is entered in favor of Defendant St. Joseph's University and against Plaintiff John Doe on Plaintiff's Title IX claim (Count II);

   b. Defendant St. Joseph's University's Motion for Summary Judgment (Doc. No. 58) is otherwise **DENIED** as to Plaintiff's remaining state law claims, which are **DISMISSED without prejudice** and so may be refiled in the appropriate state court.  28 U.S.C. § 1367;

2. Plaintiff's claims against Jane Roe (Doc. No. 1) are **DISMISSED without prejudice**.  28 U.S.C. § 1367.  Defendant Jane Roe's Motion for Summary Judgment (Doc. No. 59) is **DENIED as moot**;

3. Defendant St. Joseph's University's request for counsel fees is **DENIED**.  Defendant St. Joseph's University's Counterclaim against John Doe (Doc. No. 8) is **DISMISSED as**

**moot**.  42 U.S.C. § 1988(b).  Plaintiff John Doe's Motion for Summary Judgment (Doc. No. 57) is **DENIED as moot**; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*

April 23, 2019                                                      Paul S. Diamond, J.