UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-2158 and 19-2260
_____

JOHN DOE,
    Appellant in No. 19-2158

v.

ST. JOSEPH'S UNIVERSITY; JANE ROE

  St. Joseph's University,
    Appellant in No. 19-2260
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-18-cv-02044)
District Judge: Hon. Paul S. Diamond
_____

Submitted pursuant to Third Circuit L.A.R. 34.1(a)
January 24, 2020

Before: AMBRO, MATEY, and ROTH, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 24, 2020.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the orders of the District Court entered on August 31, 2018, and April 23, 2019,

are hereby **AFFIRMED**. Costs to be assessed against John Doe, Appellant in No. 19-2158.

All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: October 27, 2020

Costs taxed against John Doe, Appellant in No. 2158 in the amount of $370.04.

**Certified as a true copy and issued in lieu of a formal mandate on** December 2, 2020

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**